ABIJAH AVERILL VS. WILLIAM BLACKSTOCK, 1750

Per A<sup>m</sup> Johnson
Pro Respond<sup>t</sup>

At a Court of Vice Admiralty held at Newport In the Colony of Rhode Island on Tuesday the Fourth of September A. D. 1750. Present the Honorable Samuel Wickham Esq Deputy Judge The Court being opened.